# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2020

159658

BACK IN MOTION CHIROPRACTIC, DC,
PLLC,

      Plaintiff-Appellee,

v

WESTFIELD INSURANCE COMPANY,

      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159658
COA: 341791
Wayne CC: 17-006488-NF

On order of the Court, the application for leave to appeal the April 16, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2020



a0224

                                 Clerk